THE STATE OF OHIO, APPELLEE, *v.* WEBB, APPELLANT.

[Cite as *State v. Webb* (1995), 72 Ohio St.3d 248.]

▮▮▮▮▮▮▮▮▮▮

(No. 94–2471—Submitted February 21, 1995—Decided May 24, 1995.)

▮▮▮▮▮▮▮▮▮▮

*Stephanie Tubbs Jones*, Cuyahoga County Prosecuting Attorney, and *George J. Sadd*, Assistant Prosecuting Attorney, for appellee.

*Frank J. Webb, pro se.*

*Per Curiam.* The judgment of the court of appeals is affirmed for the reasons stated in its opinion.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.